[No. 46696-8-I.  Division One.  April 2, 2001.]

UNIVERSITY VILLAGE LTD. PARTNERS, *Respondent*, v. KING COUNTY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15691-1, Robert H. Alsdorf, J., entered April 21, 2000. *Reversed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Webster, J. Now published at 106 Wn. App. 321.

[No. 46753-1-I.  Division One.  April 2, 2001.]

ROGER W. KNIGHT, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-22195-8, Harriett M. Cody, J., entered May 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46796-4-I.  Division One.  April 2, 2001.]

DIGITAL BROADCAST CORPORATION, *Appellant*, v. ADVANTAGE CABLE TELEVISION, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07887-1, Larry A. Jordan, J., entered April 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47084-1-I.  Division One.  April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK FREDERICK ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-01061-7, Steven J. Mura, J., entered July 10, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Cox, JJ.